**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MICKEY JONES,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., OFFICEMAX INCORPORATED, OFFICE DEPOT, INC. and REALTY INCOME CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 6:17-cv-1219 |

# NOTICE OF REMOVAL

Defendants OfficeMax North America, Inc., OfficeMax Incorporated, Office Depot, Inc., and Realty Income Corporation ("Defendants") give Notice of Removal of this action from the District Court of Reno County, Kansas to the United States District Court for the District of Kansas pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Defendants state:

1. On June 23, 2017 an action was commenced in the District Court of Reno County, Kansas, styled *Mickey Jones v. OfficeMax North America, Inc., OfficeMax Incorporated, Office Depot, Inc., and Realty Income Corporation*, Case No. 2017-CV-000233.

2. Defendants OfficeMax North America, Inc., OfficeMax Incorporated, Office Depot, Inc. were served with summons and received a copy of the Plaintiff's Petition on July 28, 2017. Defendant Realty Income Corporation was served on August 4, 2017.

3. This Notice is timely filed under 28 U.S.C. § 1446(b) because it is filed within 30 days after receipt by the Defendants of notice from which it was first ascertainable that the case had become removable, and within one year after the commencement of the action.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the

provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. The amount in controversy exceeds the sum of $75,000 because the Plaintiff alleges "an amount in excess of $75,000.00" in her Petition.

6. As alleged in her Petition, Plaintiff Mickey Jones was, and still is, a citizen of the State of Kansas.

7. As alleged in her Petition, Defendant OfficeMax North America, Inc. was, and still is, a corporation organized under the laws of the State of Ohio and has its principal place of business in the State of Florida.

8. As alleged in her Petition, Defendant OfficeMax Incorporated, was, and still is, a corporation organized under the laws of the State of Delaware and has its principal place of business in the State of Florida.

9. As alleged in her Petition, Defendant Office Depot, Inc. was, and still is, a corporation organized under the laws of the State of Delaware and has its principal place of business in the State of Florida.

10. As alleged in her Petition, Defendant Realty Income Corporation was, and still is, a corporation organized under the laws of the State of Maryland and has its principal place of business in the State of California.

11. Complete diversity of citizenship existed among Plaintiff and Defendants upon the filing of Plaintiff's Petition on June 23, 2017.

WHEREFORE, Defendants OfficeMax North America, Inc., OfficeMax Incorporated, Office Depot, Inc. and Realty Income Corporation remove this action from the District Court of Reno County, Kansas to the United States District Court for the District of Kansas.

DATED: August 24, 2017.

Respectfully submitted,

**BROWN & RUPRECHT, PC**

By: *_/s/ Elizabeth Moeller_*
Matthew M. Merrill, KS Bar No. 19021
Elizabeth D. Moeller, KS Bar No. 27016
2323 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
(816) 292-7000 Telephone
(816) 292-7050 Facsimile
mmerrill@brlawkc.com
emoeller@brlawkc.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by email this 24th day of August, 2017 addressed to:

Matthew L. Bretz
Bretz & Young, L.L.C.
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
T: 620-662-3435
F: 620-662-3445
matt@byinjurylaw.com
**Attorneys for Plaintiff**

*/s/ Elizabeth Moeller*
**Attorneys for Defendants**